**Order entered June 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00613-CR

### LUIS ARMANDO TALABERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82303-2021**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing on the clerk's and reporter's records. On May 19, 2022, the Collin County District Clerk filed a supplemental clerk's record with three volumes of documents from companion cases 416-80797-2020 and 416-82207-2021 which the parties previously stipulated "should be treated as appearing in the record of the instant case." On June 1, 2022, the trial court held a hearing and found that two hearings had been identified with records. The trial court also

found that the records in those hearings could be filed within seven days. That same day, appellant filed a request for supplemental reporter's record to be filed. To date, no supplemental reporter's records have been filed.

We **ORDER** court reporter Kimala Showers to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental reporter's record of the April 13, 2021 pretrial hearing with this Court.

We **ORDER** court reporter Jan Dugger to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental reporter's record of the November 19, 2020 attorney withdrawal hearing with this Court.

We will again defer ruling on appellant's motion until the supplemental reporter's records are filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; to Destiny Moses, official court reporter, 416th Judicial District Court; to court reporter Kimala Showers; to court reporter Jan Dugger; and to counsel for all parties.

/s/    ERIN A. NOWELL
JUSTICE